

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00276-CV

| | | |
|---|---|---|
| MARILYN GARNER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF J&D RESTAURANT GROUP, LLC, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-291340-17) |
| V. | | |
| | § | October 9, 2025 |
| JACK IN THE BOX INC. AND JACK IN THE BOX EASTERN DIVISION L.P., Appellees | | |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Marilyn Garner, Chapter 7 Trustee of the Bankruptcy Estate of J&D Restaurant Group, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr